THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JERRY ERNEST LOPEZ,<br><br>               Plaintiff,<br><br>v.<br><br>OGDEN CITY et al.,<br><br>               Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 1:24-cv-00082-DBB<br><br>District Judge David Barlow |

Plaintiff, Jerry Ernest Lopez, a Weber County inmate, filed a *pro se* civil complaint. *See* 42 U.S.C.S. § 1983 (2024). Because Plaintiff had, three or more prior times while incarcerated, filed an action dismissed as "frivolous or malicious or fail[ing] to state a claim upon which relief may be granted," 28 *id.* § 1915(g), the Court concluded that Plaintiff could not proceed *in forma pauperis* but must pay his entire $350 filing fee up front. (ECF No. 5 (May 22, 2024).) The Court warned that Plaintiff's action would be dismissed unless he paid the full filing fee within thirty days. Plaintiff has not since paid the filing fee. Plaintiff has instead filed a financial certificate, a repetitive motion to proceed *in forma pauperis*, and an amended complaint. (ECF Nos. 6-8.) These filings are all nonresponsive to the Order requiring full payment of the filing fee.

Based on Plaintiff's failure to pay the full filing fee, **IT IS ORDERED** that this action is **DISMISSED** without prejudice.

DATED this 27th day of June, 2024.

BY THE COURT:

_____

DAVID BARLOW
United States District Judge