THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| JERRY ERNEST LOPEZ,<br><br>                Plaintiff,<br><br>v.<br><br>OGDEN CITY et al.,<br><br>                Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 1:24-cv-00082 DBB<br><br>District Judge David Barlow |

On May 29, 2025, the Court ordered Plaintiff to within thirty days "**SHOW CAUSE** why this action should not be dismissed for Plaintiff's failure to follow the Court's Order and otherwise prosecute this case." (ECF No. 16.) Plaintiff has not responded and has not been heard from in this case since February 25, 2025--over four months ago. (ECF Nos. 13–14.)

IT IS THEREFORE ORDERED that this action is DISMISSED without prejudice for failure to prosecute. *See* DUCivR 41-2 ("At any time, the court may issue an order to show cause requiring a party seeking affirmative relief to explain why the case should not be dismissed for lack of prosecution. If the party does not show good cause, a district judge . . . may enter an order of dismissal. The dismissal may be with or without prejudice, as the court deems proper.").

DATED this 2nd day of July, 2025.

BY THE COURT:

_____
JUDGE DAVID BARLOW
United States District Court